J. M. TEMPLETON, JR., v. TOWN OF CARY.

(Filed 14 October, 1931.)

APPEAL by plaintiff from *Moore, Special Judge,* at Second March Term, 1931, of WAKE.

Civil action to redeem land sold under consent judgment and mortgage.

Demurrer interposed on the ground that the complaint does not state facts sufficient to constitute a cause of action. Demurrer sustained. Plaintiff appeals.

*W. T. Shaw and R. B. Templeton for plaintiff.*
*Clyde A. Douglass for defendant.*

PER CURIAM. The judgment is correct.
Affirmed.